UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THEODORE JOHNSON,

    Petitioner,

v.                                                      Case No. 2:05-cv-9
                                                           HON. ROBERT HOLMES BELL

JERI-ANN SHERRY,

    Respondent.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 24, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

        Petitioner argues that the prosecutor committed misconduct through the manner that he asked questions, because the questions apparently did not get directly to the point. Petitioner has failed to show prosecutorial misconduct.

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.


Date:    August 20, 2007                /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          CHIEF UNITED STATES DISTRICT JUDGE